**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:   CHAPTER 7
Lobosco, Lara Anne
Debtor(s)   CASE NO.: 08:17-bk-10460-RCT
_____/

## TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND REQUEST FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within fourteen (14) days from the date set forth on the attached proof of service plus an additional three days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Suite 555, Tampa, Florida 33602-3899, and serve a copy on the movant's attorney, Nicole M. Cameron, Esquire, 235 Apollo Beach Blvd., #231, Apollo Beach, Florida 33572 and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Nicole M. Cameron, Trustee, hereby notices the Court and creditors of her intent to abandon property of the estate as follows:

1. Debtor(s) filed this Chapter 7 case on Dec 18, 2017.

2. The Trustee hereby abandons any Estate interest in the following assets:

    a. House – 9 Yale Avenue, Barrington, IL 60010

3. The potential liability presented by this asset outweighs any benefit that the Estate would reap.

4. Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.

WHEREFORE, the Trustee has determined that abandonment of the asset(s) is in the best interest of the Debtor(s), their creditors and the Estate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Notice of Intent to Abandon Asset of the Estate has been sent by U.S. Mail or the Court's CM/ECF system to **Asst. U.S. Trustee**, 501 E. Polk St., #1200, Tampa, FL 33602; **Lara Anne Lobosco,** 601 BALSAM APPLE DR, VENICE, FL 34293, **LAURIE L BLANTON, Esq.,** Blanton Law, P.A., 1100 C. South Tamiami Trail, Venice, FL 34285 and all interested parties on the matrix on April 26, 2018.

          /s/ Nicole M. Cameron_____
NICOLE M. CAMERON, TRUSTEE
235 Apollo Beach Blvd., #231
Apollo Beach, FL 33572
Phone: (813) 645-8787
Fax: (866) 674-0164
Florida Bar No.: 0036860