## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:  
Lobosco, Lara Anne  
Debtor(s)  
_____/

CHAPTER 7

CASE NO.: 8:17-bk-10460-RCT

### NOTICE OF WITHDRAWAL OF NOTICE OF INTENT TO ABANDON PROPERTY

COMES NOW the Trustee, NICOLE M. CAMERON, and hereby files her Notice of Intent to Abandon Property [Doc. No. 19]:

1. The Trustee filed a Notice of Intent to Abandon Property on April 27, 2018.

2. The Trustee mistakenly entered filed the Notice of Intent to Abandon Property as the property be abandoned is a vehicle.

3. Therefore, Trustee hereby withdraws the Notice of Intent to Abandon Property.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Notice of Withdrawal has been sent by U.S. Mail or the Court's CM/ECF system to **Asst. U.S. Trustee**, 501 E. Polk St., #1200, Tampa, FL 33602; **Lara Anne Lobosco**, 601 BALSAM APPLE DR, VENICE, FL 34293 and **LAURIE L BLANTON, Esq.,** Blanton Law, P.A., 1100 C. South Tamiami Trail, Venice, FL 34285 and all Creditors on the attached Matrix on April 27, 2018.

　　　　　　　　　　　　　　　　　　　　/s/ Nicole M. Cameron  
　　　　　　　　　　　　　　　　　　Nicole M. Cameron, Trustee  
　　　　　　　　　　　　　　　　　　235 Apollo Beach Blvd., #231  
　　　　　　　　　　　　　　　　　　Apollo Beach, FL 33572  
　　　　　　　　　　　　　　　　　　(813) 645-8787  
　　　　　　　　　　　　　　　　　　FBN: 0036860  
　　　　　　　　　　　　　　　　　　trustee@tampabay.rr.com